UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KEVIN O'HORA,                                    :    17-cv-05748(RJS)
                                                 :
              Plaintiff,          :    **ECF CASE**
                                                 :
   -against-                                   :    **DEFENDANT S&P GLOBAL**
                                                 :    **INC.'S RULE 7.1 DISCLOSURE**
S&P GLOBAL INC.,                                 :    **STATEMENT**
                                                 :
              Defendant.          :
                                                 :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification and recusal, the undersigned is counsel of record for Defendant S&P Global Inc.  S&P Global Inc. has no corporate parent and no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: September 28, 2017
       New York, New York

                                                    Respectfully submitted,

                                                    */s/ Gregory I. Rasin*
                                                    Gregory I. Rasin
                                                    PROSKAUER ROSE LLP
                                                    Eleven Times Square
                                                    New York, New York 10036-8299
                                                    Tel. 212.969.3000
                                                    Fax 212.969.2900
                                                    grasin@proskauer.com
                                                    *Attorneys for Defendant, S&P Global Inc.*